IN THE SUPREME COURT OF THE STATE OF NEVADA

GRAVADY NEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CIRCUSTRIX, LLC, A UTAH LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NADIA KRALL, DISTRICT JUDGE,
Respondents,
and
JESUS MEJIA, AN INDIVIDUAL,
Real Party in Interest.

No. 84534

**FILED**

JUN 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a tort action.

Having considered the petition and its supporting documents, we are not persuaded that writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted). Mandamus is an extraordinary remedy and whether to consider a petition seeking such relief is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). We generally decline to exercise that discretion as to petitions challenging orders denying summary judgment motions, and we are not convinced that any of the exceptions for doing so apply in this case.

22-19208

*See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing the exceptions to the general rule). We therefore ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Pickering

_____, Sr.J.
Gibbons

cc: Hon. Nadia Krall, District Judge
Wood, Smith, Henning & Berman, LLP/Las Vegas
Bighorn Law/Las Vegas
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.